# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :     No. 202 WAL 2021
                                  :
           Respondent     :
                                  :
                                  :     Petition for Allowance of Appeal
                                  :     from the Order of the Superior Court
          v.               :
                                  :
                                  :
AARON L. COLLINS,                 :
                                  :
          Petitioner     :


## ORDER


**PER CURIAM**

    **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.